O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL FINDLAY, | ) | Case No. EDCV 11-00819 DDP (OPx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING MOTION TO DISMISS** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, aka FANNIE MAE; WELLS FARGO BANK, NATIONAL ASSOCIATION; NDEX WEST L.L.C., | ) | [Motion filed on 6/1/11] |
| Defendants. | ) | |

Presently before the court is the Motion to Dismiss Plaintiff's Complaint filed by Defendants Federal National Mortgage Association and Wells Fargo Bank National Association. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. Cal. L.R. 7-12.

1 |     The hearing on Defendants' motion was initially set for July 11, 2001. The court, on its own motion, granted Plaintiff until that date to file an opposition, and continued the motion to August 1, 2011. (Dkt. No. 11). As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: August 22, 2011

                                      DEAN D. PREGERSON
                                      United States District Judge